# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. 2:18-cv-00709-SVW-JPR | Date June 27, 2018 |
| Title *Seong Choon Pyun v. Realtime Resolutions Inc.* | |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER CLOSING CASE

Defendant filed a Motion to Dismiss for Lack of Prosecution (Dkt. 14). That motion is moot as the Court already dismissed the complaint (Dkt. 13) and no operative complaint exists in this case. As no new complaint has been filed, the case is closed and the motion to dismiss is moot.

                                           : _____

Initials of Preparer PMC